STATE of Missouri, Respondent,

v.

Clarence ORR, Appellant.

No. ED 104428

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: June 20, 2017

Evan J. Buchheim, 221 W. High St. PO Box 899, Jefferson City, MO 65102, For Plaintiff/Respondent.

Maleaner R. Harvey, 1010 Market St. Ste. 1100, St. Louis, MO 63101, For Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J, and Colleen Dolan, J.

## ORDER

PER CURIAM.

Clarence Orr ("Defendant") appeals his conviction of one count of class B felony possession of a controlled substance with intent to distribute in violation of § 195.211 (Count I) and one count of class A misdemeanor possession of a controlled substance in violation of § 195.202 (Count II). Defendant claims the trial court plain-

2014, unless otherwise indicated.

ly erred in admitting the substance testing conclusions of the State's criminalist witness Ms. Karen Fox and her lab report concerning State's Exhibits 1-A and 1-B. We affirm the judgment of the trial court.

No jurisprudential purpose would be served by a written opinion. However, we have provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).